EDWIN PRATHER, SBN 190536
MAX MIZONO, SBN 286573
PRATHER LAW OFFICES
461 Bush Street, Suite 350
San Francisco, CA 94108
Telephone: 415-881-7774
Email: edwin@pratherlawoffices.com
max@pratherlawoffices.com

Attorneys for Defendant
DAMIAN Z. LEWIS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMES LUCKETT, *et al.,*

Defendants.

Case No.: CR 15-0266 HSG (DMR)

**JOINT STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF TERMS AND CONDITIONS OF SUPERVISED RELEASE**

On August 17, 2015, the Court released Defendant Damian Lewis on an appearance bond co-signed by his parents, Michael Lewis and Zelma Lewis, in the amount of $75,000, and under certain conditions and terms. On December 7, 2015, the court modified the terms and conditions of Defendant Lewis' release to be more restrictive and to put him under the care of his custodian, Michael and Zelma Lewis.

After following these restrictive terms and conditions without incident from December 7, 2015, the parties agree and stipulate to modifying Mr. Lewis' terms as follows: [1] Mr. Lewis will remain on electronic home monitoring, but he will be allowed outside of his home daily

between 6:00 a.m. and 9:00 p.m.; and [2] Mr. Lewis is allowed to travel freely in the Eastern District of California, where he currently resides. Mr. Lewis may travel outside of the district with pre-approval of his Pretrial Services Officer in the Eastern District of California.

Both Renee Basutro, Pretrial Services Officer in the Eastern District of California, and Tim Elder, Pretrial Services Officer in the Northern District of California, agree to the modification.

SO STIPULATED.

BRIAN J. STRETCH
United States Attorney

Dated: November 15, 2016

______/s/_______________________
GARTH HIRE
Assistant United States Attorney

Dated: November 15, 2016

_____/s/____________________
EDWIN PRATHER
MAX MIZONO
PRATHER LAW OFFICES
Attorneys for Defendant
DAMIAN Z. LEWIS

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING and per the parties' stipulation, IT IS HEREBY ORDERED that defendant Damien Lewis' terms and conditions of supervised release be amended as follows: [1] Mr. Lewis will remain on electronic home monitoring, but he will be allowed outside of his home daily between 6:00 a.m. and 9:00 p.m.; and [2] Mr. Lewis is allowed to travel freely in the Eastern District of California, where he currently resides. Mr. Lewis may travel outside of the district with pre-approval of his Pretrial Services Officer in the Eastern District of California.

IT IS SO ORDERED.

Dated: _______________

_________________________________
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE