DOCUMENTS UNDER SEAL ☐ TOTAL TIME (mins): 38 mins.

| | | |
|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy L. Garcia | ~~REPORTER~~/FTR<br>9:37-10:15 |
| MAGISTRATE JUDGE<br>DONNA M. RYU | DATE<br>4/11/17 | NEW CASE ☐ \| CASE NUMBER<br>CR-15-00266-HSG-2 |

**APPEARANCES**

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | PD. ☐ RET. ☐ APPT. ☒ |
|---|---|---|---|---|---|
| DAMIAN ZACKARY LEWIS | | NO | | Edwin Prather | |

| U.S. ATTORNEY | INTERPRETER | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
|---|---|---|---|
| Garth Hire | | | |

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ |
|---|---|---|---|
| | | | |

**PROCEEDINGS SCHEDULED TO OCCUR**

| | | | | |
|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS ☐ TRIAL SET |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☒ ~~BAIL REVIEW/~~ BOND HEARING<br>HELD 38 mins. | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

**INITIAL APPEARANCE**

| | | | |
|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

**ARRAIGNMENT**

| | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

**RELEASE**

| | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED<br>DATE: |

| | | |
|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |

| | | | | | |
|---|---|---|---|---|---|
| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

**PLEA**

| | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

**CONTINUANCE**

| | | | | |
|---|---|---|---|---|
| TO:<br>4/24/17 (Already set) | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
| AT:<br>2:00 p.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON.<br>H. S. GILLIAM, JR. | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☒ MOTIONS HRG. | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 FROM | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Deft. was advised re: his pret. rel. viols. Court strongly admonished the Deft. re: viols. of his pret. rel. conds. & imposed these addt'l. conds: In addition to his weekly counseling, he shall participate in NA/AA 3 times/wk & provide proof of attendance & individual counseling; he shall be on lockdown including weekends & may leave only as directed by Pret.; he shall have have frequent random drug & alcohol testing. cc: DMR; Pret.

DOCUMENT NUMBER: